**Electronically Filed
Supreme Court
SCAP-24-0000109
04-NOV-2024
09:38 AM
Dkt. 20 OCOR**

SCAP-24-0000109

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ANGELICA JOY DAOANG,
Plaintiff-Appellant,

vs.

NICHOLAS PERRY,
Defendant-Appellee.

_____

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CAAP-24-0000109; CASE NO. 2DSS-24-0000031)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the order denying motion for reconsideration, filed October 31, 2024, is corrected by replacing "Valdimir" with "Vladimir."

DATED: Honolulu, Hawaiʻi, November 4, 2024.



/s/ Sabrina S. McKenna

Associate Justice